*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 15-BG-459**

IN RE: HERBERT J. TAN,
                                        Respondent.
**Bar Registration No.   496860**                    **BDN: 91-15**

BEFORE:    Thompson, Associate Judge, and Nebeker and Farrell, Senior Judges.

## ORDER
(FILED – July 23, 2015)

On consideration of the certified order suspending respondent from the practice of law in the state of New Jersey for a period of one year and until further order of the court, this court's May 18, 2015, order directing respondent to show cause why the functional equivalent reciprocal discipline in the form of a one year suspension with a fitness requirement should not be imposed, and the statement of Bar Counsel, and it appearing that respondent has failed to file either a response to this court's order to show cause or the affidavit required by D.C. Bar R. XI, §14 (g), it is

ORDERED that Herbert J. Tan is hereby suspended for a period of one year with reinstatement conditioned on a showing of fitness. *See In re Sibley*, 990 A.2d 483 (D.C. 2010); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate). It is

FURTHER ORDERED that for purposes of reinstatement the period of respondent's suspension will not begin to run until such time as he files a D.C. Bar. R. XI, § 14 (g) affidavit.

**PER CURIAM**